IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:13mj 413 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY R. SCOTT, | ) | |
| | ) | |
| Defendant | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. Defendant JEREMY R. SCOTT was present on Fort Lee, Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States.

3. Merchandise sold at the Post Exchange is property of an agency of the United States.

## COUNT ONE

(Misdemeanor – Citation No. 4005139)

On or about September 11, 2013, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court, and being a place within the special territorial jurisdiction of the United States, JEREMY R. SCOTT, did knowingly, willfully and unlawfully steal a thing of value of the United States of America and/or a department and/or agency thereof, said property having a value of less than $1,000.00,

1

US. V. JEREMY R. SCOTT

to wit: JEREMY R. SCOTT shoplifted scented candles, potpourri, scented oil and a scented oil diffuser valued at $45.96 from the Fort Lee Post Exchange.

(In violation of Title 18, United States Code, Section 641).

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: _____
Katharine M. E. Adams
Special Assistant United States Attorney